IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CHAPTER 11 |
| **JETALL COMPANIES, INC.,** | § | |
| | § | CASE NO. 24-11544-CGB |
| *Debtor.* | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Debtor, Jetall Companies, Inc. ("**Appellant**"), hereby respectfully 6appeals to the United States District Court for the Western District of Texas from the following Order:

a. Order Transferring Case to Southern District of Texas dated December 6, 2024 (Dkt. No. 2; the "**Order**"), attached hereto as **Exhibit 1**.

Jetall Companies, Inc., is the debtor in this bankruptcy case. The other parties to the appeal, and their respective attorneys, include the following:

| | |
|---|---|
| EAO Global, LLC d/b/a PopLabs, | Kell Corrigan Mercer |
| | **KELL C. MERCER, P.C.** |
| *Creditor.* | 901 S MoPac Expy, Bldg 1, Suite 300 |
| | Austin, Texas 78746 |
| | Tel.: (512) 627-3512 |
| | Fax: (512) 597-0767 |
| | kell.mercer@mercer-law-pc.com |

This appeal is timely filed pursuant to Rules 8002(a)(1) & 8002(b)(1)(B)-(D) of the FEDERAL RULE OF BANKRUPTCY PROCEDURE because Appellant timely filed a motion for reconsideration and relief from judgment on December 21, 2024 (*see* Dkt. No. 4), fourteen (14) days after the Order was entered (*see* Dkt. No. 2). That motion for reconsideration was dismissed by order entered on December 23, 2024 (*see* Dkt. No. 5), and this notice is filed

within fourteen (14) days from the entry of that order.

DATED: January 6, 2025 Respectfully submitted,

*/s/ Shea N. Palavan*
Shea N. Palavan (TX Bar. No. 24083616)
**houstonip**
5353 West Alabama Street, Suite 303
Houston, Texas 77056
Tel.: (832) 800-4133
Fax: (855) 725-2826
shea@houstonip.com

Justin Rayome (TX Bar No. 24130709)
5882 Sugar Hill Drive
Houston, Texas 77057
Tel.: (214) 934-9345
justinrayome3@gmail.com

*Attorneys for Debtor*,
Jetall Companies, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of January 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

    Kell Corrigan Mercer
    **KELL C. MERCER, P.C.**
    901 S MoPac Expy, Bldg 1, Suite 300
    Austin, Texas 78746
    Tel.: (512) 627-3512
    Fax: (512) 597-0767
    kell.mercer@mercer-law-pc.com

DATED: January 6, 2025          */s/ Shea N. Palavan*
                                                Shea N. Palavan