**CLOSED, TRANS−O, APPEAL**

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 24−11544−cgb

*Assigned to:* Bankruptcy Judge Christopher G Bradley
Chapter 11
Involuntary

*Date filed:* 12/04/2024
*Date terminated:* 12/06/2024

*Debtor disposition:* Interdistrict Case Transfer

*Debtor*
**Jetall Companies Inc**
13498 Pond Springs Rd
Austin, TX 78729
WILLIAMSON−TX
Tax ID / EIN: 54−2182089

represented by **Shea Neal Palavan**
Houstonip
5353 West Alabama Street
Suite 303
Houston, TX 77056
832−800−4133
Fax : 855−725−2826
Email: shea@houstonip.com

*Petitioning Creditor*
**EAO Global LLC**
*dba* **PopLabs**

| Filing Date | # | Docket Text |
|---|---|---|
| 01/28/2025 | 10 | Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies Inc (Palavan, Shea) (related document(s): 7 Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies ( Filing Fee:$ 298.00 ) (Palavan, Shea) (Attachments: # 1 Exhibit 1 − Order)(related document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024))) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | CIVIL ACTION NO. 1:25-CV-00025-DII |
| | § | |
| JETALL COMPANIES, INC., | § | |
| | § | BANKRUPTCY CASE NO. 24-11544-CGB |
| *Debtor*. | § | |

### APPELLANT'S DESIGNATION OF RECORD AND
### STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT

Appellant, Jetall Companies, Inc. (the "**Appellant**"), hereby respectfully files this Designation of Record and Statement of Issues on Appeal from Bankruptcy Court, and presents the following statement of issues on appeal and designates the following portions of the record in the above-captioned bankruptcy as shown on the official docket to form the record on appeal to the United States District Court for the Western District of Texas regarding Appellant's Notice of Appeal [Dkt. 7] against the following Orders of the Bankruptcy Court:

a. The "Order Transferring Case to Southern District of Texas (ECF No. 2)", dated December 6, 2024 [Dkt. 2].

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court erred in *sua sponte* transferring the case to the United State Bankruptcy Court for the Southern District of Texas.

**DESIGNATION OF RECORD ON APPEAL**

| Filing Date | Dkt. No. | Docket Text |
|---|---|---|
| 12/04/2024 | 1 (4 pgs) | Involuntary Petition under Chapter 11 (Non-Individual) (Filing Fee: $1738.00) Re: Jetall Companies Inc Filed by Debtor: Jetall Companies Inc. (Palavan, Shea). |

2

| | | |
|---|---|---|
| 12/04/2024 | | ICC-Fee Terminated for Involuntary Petition Chapter 11( 24-11544) [misc,involp11] (1738.00), Amount $1738.00, Receipt A24953898 (re:Doc# 1) (U.S. Treasury) |
| 12/06/2024 | | Notice of Appearance and Request for Notice (no PDF) Filed by UST Shane P. Tobin (Tobin, Shane) |
| 12/06/2024 | 2 (1 pg) | Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024) (Boyd, Laurie) |
| 12/06/2024 | | Court Public Entry: Case transferred from Texas Western has been opened in Southern District of Texas as case **24-35761**, filed on 12/04/2024 (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) (Benitez, Estella) . |
| 12/06/2024 | | Bankruptcy Case Closed (Benitez, Estella) |
| 12/08/2024 | 3 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) Notice Date 12/08/2024. (Admin.) |
| 12/21/2024 | 4 (46 pgs; 3 docs) | Motion to Vacate Order filed by Shea Neal Palavan for Debtor Jetall Companies (Attachments: # 1 Proposed Order Granting Motion # 2 Exhibit 1 - Hearing Transcript)(Palavan, Shea) (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) |
| 12/23/2024 | 5 (2 pgs) | **Order Dismissing Document for Lack of Compliance** (related document(s): 4 Motion to Vacate Order filed by Shea Neal Palavan for Debtor Jetall Companies (Attachments: # 1 Proposed Order Granting Motion # 2 Exhibit 1 - Hearing Transcript)(Palavan, Shea) (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024))) (Order entered on 12/23/2024) (Benitez, Estella) |
| 12/25/2024 | 6 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 5 **Order Dismissing Document for Lack of Compliance** (related document(s): 4 Motion to Vacate Order filed by Shea Neal Palavan for Debtor Jetall Companies (Attachments: # 1 Proposed Order Granting Motion # 2 Exhibit 1 - Hearing Transcript)(Palavan, Shea) (Related Document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024))) (Order entered on 12/23/2024)) Notice Date 12/25/2024. (Admin.) |

| | | |
|---|---|---|
| 01/06/2025 | 7<br>(5 pgs;<br>2 docs) | Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies ( Filing Fee:$ 298.00 ) (Palavan, Shea) (Attachments: # 1 Exhibit 1 - Order)(related document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024)) |
| 01/06/2025 | | ICC-Fee Terminated for Notice of Appeal( 24-11544-cgb) [appeal,ntcapl] ( 298.00), Amount $ 298.00, Receipt A25023469 (re:Doc# 7) (U.S. Treasury) |
| 01/07/2025 | 8<br>(10 pgs;<br>4 docs) | Notice to District Court of Filing of Notice of Appeal. **Appeal filed by Debtor Jetall Companies. Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the notice of the appeal filed in case number 1:24-bk-11544** (Lawson, Rob) (Attachments: # 1 Bankruptcy Docket Sheet # 2 List of Parties)(related document(s): 7 Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies. |
| 01/08/2025 | | Notice from District Court of Docketing Notice of Appeal, **Civil Action Number: 1:25-cv-00025.** (Lawson, Rob) (related document(s): 7 Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies ( Filing Fee:$ 298.00 ) (Palavan, Shea) (Attachments: # 1 Exhibit 1 - Order)(related document(s): 2 Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024))) |
| 01/10/2025 | 9<br>(2 pgs) | BNC Certificate of Mailing (Related Document(s): 8 Notice to District Court of Filing of Notice of Appeal. **Appeal filed by Debtor Jetall Companies. Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the notice of the appeal filed in case number 1:24-bk-11544** (Lawson, Rob) (Attachments: # 1 Bankruptcy Docket Sheet # 2 List of Parties)(related document(s): 7 Notice of Appeal Filed by Shea Neal Palavan for Debtor Jetall Companies.) Notice Date 01/10/2025. (Admin.) |

DATED: January 28, 2025

Respectfully submitted,

BY:   */s/ Shea N. Palavan*
Shea N. Palavan (TX Bar No. 24083616)
**houstonip**
5353 West Alabama Street, Suite 303
Houston, Texas 77056
Tel.: (832) 800-4133
Fax: (855) 725-2826
shea@houstonip.com

4

Justin Rayome (TX Bar No. 24130709)
1001 West Loop South, Suite 700
Houston, Texas 77027
Tel.: (214) 934-9345
justin.r@jetallcompanies.com

*Attorneys for Debtor*,
Jetall Companies, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of January 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

*/s/ Shea N. Palavan*
Shea N. Palavan

The other parties to this appeal and their attorneys include the following:

EAO Global LLC dba PopLabs, Creditor

**Kell Corrigan Mercer**
KELL C. MERCER, P.C.
901 South MoPac Expressway
Building 1, Suite 300
Austin, Texas 78746
Fax: (512) 597-0767
Email: kell.mercer@mercer-law-pc.com